IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

WILLIAM POFF,
BRIAN SMALL and
CHRISTOPHER OSBORNE,

                Defendants.

ORDER

13-cr-61-wmc

---

The undersigned recuses himself in the above entitled matter pursuant to 28 U.S.C. § 455.

Entered this 7th day of June, 2013.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge

1